1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JACOB CURTIS ALLEN HELM,                Case No.: 1:22-cv-00423 SKO (PC)

12                    Plaintiff,
                                             **ORDER TO SUBMIT INMATE TRUST
13          v.                               STATEMENT**

14   MADERA COUNTY, et al.,                  **30-DAY DEADLINE**

15                    Defendants.

16

17          Plaintiff Jacob Curtis Allen Helm, a Madera County jail inmate, initiated this action on

18   April 12, 2022, appearing *pro se* and pursuant to 42 U.S.C. § 1983.

19          **I.      DISCUSSION**

20          On April 12, 2022, Plaintiff also filed an Application to Proceed *In Forma Pauperis*

21   ("IFP") by a Prisoner. (Doc. 2.)  On page two, under Plaintiff's signature, the application reads:

22   "***Certification Below Is To Be Completed By Non-CDCR Incarcerated Prisoners Only***." (*Id*. at

23   2.) That section also advises it is "(To be completed by the institution of incarceration)" and is to

24   be signed by an "Authorized Officer" of the institution. (*Id*. at 2.) This section of Plaintiff's

25   application has not been completed. The Court notes, however, that in the left margin, a

26   handwritten entry reads: "Jacob Helm is not in CDCR custody at this time." (*Id*.)

27          Because the form is incomplete, the Court cannot determine whether Plaintiff's

28   application to proceed IFP should be granted or denied.

Plaintiff will be ordered to provide the Court with an inmate trust statement.  Plaintiff will be afforded 30 days from the date of service of this Order within which to submit the inmate trust statement, certified and authorized by a Madera County Jail official. Once the inmate trust statement has been filed with the Court, a determination regarding Plaintiff's IFP status will be made.

## II.      CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff shall submit an inmate trust statement within 30 days of service of this Order.

**Plaintiff is warned that the failure to comply with court orders may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **April 13, 2022**                          */s/ Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

2