UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CURTIS ALLEN HELM,<br><br>    Plaintiff,<br><br>    v.<br><br>MADERA COUNTY, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-00423 JLT SKO (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Docs. 2, 6, 7)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE MADERA COUNTY JAIL** |

Plaintiff Jacob Curtis Allen Helm is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    BACKGROUND**

On April 12, 2022, Plaintiff filed an application to proceed *in forma pauperis* (IFP). (Doc. 2.) The application did not provide the information necessary to assess Plaintiff's eligibility to proceed IFP. On April 14, 2022, the Court issued its Order to Submit Inmate Trust Statement. (Doc. 4.) Plaintiff was given 30 days within which to respond. (*Id.*)

On April 27, 2022, Plaintiff submitted a second application to proceed IFP. (Doc. 6.) The application is complete and includes the proper certification concerning Plaintiff's trust account balances. (*Id.*) Plaintiff also submitted a document titled "Request for Acceptance of In Forma Pauperis Due to Lack of Compliance of Defendants or Time Extension." (Doc. 7.)

**II.    DISCUSSION**

Taken together, Plaintiff's applications establish Plaintiff has made the showing required by 28 U.S.C. § 1915(a); accordingly, the request to proceed IFP will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350 for this action.  28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Madera County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**III.    CONCLUSION AND ORDER**

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. **The Sheriff of the Madera County Jail or his or her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action**;
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* applications on the Sheriff of the Madera County Jail via the Court's electronic case filing system (CM/ECF); and
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

3