UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CURTIS ALLEN HELM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-0423 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS |

Jacob Curtis Allen Helm, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 as a county jail inmate. Mail from the Court to Plaintiff has been returned as undeliverable since May 2022. On November 1, 2022, the assigned magistrate judge found Plaintiff failed to prosecute the action and failed to keep the Court informed of a proper mailing address as required by the Local Rules. (Doc. 13 at 2-4.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 4.) The Findings and Recommendations were served on Plaintiff on that same date, at the address on record. However, the Findings and Recommendations were also returned to the Court, marked "Undeliverable, RTS, Not at Facility" on November 9, 2022. Plaintiff has not submitted a "Notice of Change of Address" to inform the Court of his proper mailing address, and the Court remains unable to communicate with Plaintiff at this time.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this

case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 1, 2022 (Doc. 13) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __November 15, 2022__                                         _____
UNITED STATES DISTRICT JUDGE